MMC

FILED
08 AUG [illegible] 2:59

Northern District Court.   7 AUG 08

I'm responding to your request for my Trust account statements for the past six months. The trust account statements are part of my filing of my Writ of Habeas Corpus. My Case number CV 08 3429, in which I've requested my Trust account Information since July 20th. I've gotten no response on two seperate occasions, it's not my fault for the delay of the process. I have records of my request for my records here and family members just for such delays that are not my doing. I don't want my Writ dismissed because my Due Process has already been violated on a few occasions during the past years.

Yours truly

Michael Johnson.

Michael Johnson #156681
P.O. Box 8103 CMC west 4-320
SLO, CA 93403-8103

U.S. District Court
450 Golden Gate Ave
PO Box 36060
San Francisco, CA 94102-9680