FILED
08 AUG 18 AM 11:03

C08-3429 MMC
08/13/08

Dear Ladies & Gentlemen,

My name is Reva Hall, the Mom of Michael Johnson-F0608. My son is in Prison because a Jury found him guilty of Domestic V. against his Girlfriend. Which is a lie. This lie has ruined his life and put mine on hold. For over 2 years he has been in Prison for something he did do. More & more these days in the media, Blacks are reportedly comitting crimes in every city. So in comes another

Black Man and the Jury says guilty without weighing all the evidence.

I'm begging you.. please do not reject his Writ because you do not have his Trust Account Paperwork. He has been asking for the paperwork from the Prison for Months.. But they don't seem to care that an innocent person is being held. The prison system is doing the same thing that the assigned attorney did. Sleeping on the case. This time he has

(3)

asked twice. All the prison will say is OK and they just dis miss the request.

I send what monies I can but 55% is taken away.

I have written, the President of the United States, The Governor, Senators & Representatives and still could not get any help. My son served in Dessert Storm and still can get any help from his own country. Mr Hatch went to Dakar and had a guilty man released because he was a

④

a Great Jazz person. The State of California don't even want to admit they made or might have Made a Mistake.

We don't have Money.. but we do need help. Could someone please read the facts and not just sit on the case & dismiss because it's a lot of reading.

Thanks for your consideration.

Reva Hall
368 Imperial Way #105
Daly City, CA 94015



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

RECEIVED

AUG 15 2008